UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:21-cv-00250 |
|---|---|---|---|
| HALLIBURTON ENERGY SERVICES, INC., AND HALLIBURTON US TECHNOLOGIES, INC. ||||
| *versus* ||||
| NEWPARK RESOURCES, INC., AND NEWPARK DRILLING FLUIDS LLC ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Amr O. Aly<br>Jenner & Block LLP<br>919 Third Avenue, New York, NY 10022<br>(212) 407-1774  AAly@jenner.com<br>Connecticut Bar No. 413166<br>New York Bar No. 2812535 |
|---|---|

| Name of party applicant seeks to appear for: | HALLIBURTON ENERGY SERVICES, INC., AND HALLIBURTON US TECHNOLOGIES, INC. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/14/2021 | Signed: *[signature: Amr O. Aly]* |
|---|---|

The state bar reports that the applicant's status is:

Dated:            Clerk's signature

**Order**           This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                                                United States District Judge